IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 2:95CR103-01 |
| | ) | |
| DINAH ALLENA HUNTER BISHOP, | ) | |
| a/k/a DINAH HUNTER, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MACON CITIZENS FOR THE | ) | |
| HANDICAPPED, INC., | ) | |
| | ) | |
| Garnishee. | ) | |

## ORDER OF GARNISHMENT

**THIS MATTER** is before the Court on the answer of Macon Citizens for the Handicapped, Inc., as the Garnishee. On June 20, 1996, the Honorable Judge Lacy H. Thornburg, sentenced the defendant to six months imprisonment for her conviction of conspiracy to commit Bank Embezzlement in violation of 18 U.S.C. §656. Judgment in a Criminal Case, filed July 24, 1996. As part of that Judgment, the Defendant was ordered to pay an assessment of $50.00 and restitution in the amount of $73,319.32 to the victims of the crime. *Id.*

The Government now seeks to garnish the Defendant's earnings from the garnishee. The Answer of the Garnishee filed November 22, 2010, provides that Garnishee anticipates additional earnings in the form of new wages (gross pay minus total tax withholdings) in the amount of $970.19 semi-monthly. The Government seeks to garnish 25% of her earnings based on her semi-monthly earnings.

**IT IS THEREFORE ORDERED** that an Order of Garnishment is hereby **ENTERED** in the amount of $70,169.32 computed through December 2, 2010, which attaches to any earnings of

the Defendant and up to 25% shall be garnished in favor of the United States until the Defendant's restitution debt is paid in full.

Signed: December 6, 2010

Dennis L. Howell
United States Magistrate Judge